**Deny and Opinion Filed April 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00408-CV

### IN RE ARTHUR ROY MORRISON, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-55832-5**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Brown
Opinion by Justice Moseley

Relator contends the trial court violated a ministerial duty by not ruling on his motion for judgment nunc pro tunc with omnibus motion. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Jim Moseley/
JIM MOSELEY
JUSTICE

140408F.P05